# Court of Appeals
# of the State of Georgia

ATLANTA,  September 02, 2022

*The Court of Appeals hereby passes the following order:*

**A22A0865.  BROCK BUILT HOMES, LLC et al. v. STEVE TAYLOR et al.**

We granted an application for interlocutory appeal to review the trial court's order granting a motion to dismiss filed by appellees, the Bartow County Board of Commissioners and Steve Taylor, in his official capacity as County Commissioner of Bartow County. After careful review of the entire record in this case, as well as the applicable law, we conclude that the application was improvidently granted. Accordingly, it is ordered that this appeal is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,  09/02/2022*

*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*